**ORDERED SEALED BY COURT**

unsealed
3/26/08 per WMC

3/14/08

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LAWRENCE LESTER NIXON

08 MAR 21 PM 1:03

**WARRANT FOR ARREST**

SEALED by Order of
Magistrate Judge Anthony J. Battaglia
Date MAR 1 4 2008
Anthony J. Battaglia
US Magistrate Judge

CASE NUMBER: '08 MJ 0805

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Name _____ LAWRENCE LESTER NIXON _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

18 U.S.C. § 2252(a)(4)(B)    Possession of Images of Children Engaged in Sexually Explicit Conduct

In violation of Title _____ 18 _____ United States Code, Section(s) _____ 2252 (a)(4)(B) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

Date and Location  MAR 1 4 2008  San Diego, California

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _

| DATE RECEIVED 3/21/08 | NAME AND TITLE OF ARRESTING OFFICER Lester R. Hayes, Jr. Special Agent ICE | SIGNATURE OF ARRESTING OFFICER J.D. Hayes |
|---|---|---|
| DATE OF ARREST 3/21/08 | | |