FILED

MAR 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LAWRENCE LESTER NIXON,<br><br>　　　　　　　　Defendant. | CASE NO. 08MJ0805<br><br>ORDER OF CONDITIONS OF PRETRIAL RELEASE: BAIL (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of the defendant pursuant to 18 U.S.C. § 3142 (c)). The Federal Judge determined an unconditional release pursuant to 18 U.S.C. § 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C. § 3142 (c)). Good cause appearing,

**IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant (a) no commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below in accordance with 18 U.S.C. § 3142(c)(2):

**STANDARD CONDITIONS:**

1. Restrict travel to the Southern District of California, do not enter Mexico;

// //

// //

2.  Report for supervision to Pretrial Service Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;

3.  Not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

4.  Not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

5.  Read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

6.  Provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**

1.  Submit to treatment, and/or psychiatric or psychological counseling as specified by Pretrial Services, and such counseling is to be with a counselor who has experience in treating individuals charged with sex crimes.

2.  Participate in a Global Positioning System (GPS) satellite monitoring program active, including, release of defendant to PSA custody; Remain at a specified residence (curfew) between the hours of 10:00 p.m. and 6:00 a.m. daily; Defendant to pay for costs of GPS. Pretrial Services has discretion to modify curfew.

3.  Actively seek and maintain full-time employment, schooling or a combination of both.

4.  Execute a personal appearance bond in the amount of $75,000 secured by a trust deed to the United States including Nebbia Hearing and Surety Exam.

5.  Pretrial Services to interview the defendant re: background prior to release.

6.  No contact with children under the age of 18 unless accompanied and supervised by an adult who is aware of the charges and approved by Pretrial Services.

7.  Report within eight (8) hours any unauthorized contact with any person under the age of 18.

8.  Pretrial Services to approve defendant's employment.

// //

9. Defendant to participate in the Pretrial Services Computer Monitoring program. Defendant to bear the costs of the program.

10. The defendant cannot loiter in any place where children congregate (e.g. schools, parks, playgrounds, video arcades, swimming pools, etc.)

11. Do not access any pornographic website via any on-line computer service or any other device with internet capabilities (e.g. IPOD, X-Box, Wii, cellular telephone) at any location, at any time. This includes any internet service provider, bulletin board system, or other public or private computer network.

12. Defendant directed not to obtain a new or valid passport..

DATED: 3/28/08

Hon. William McCurine, Jr.
U.S. Magistrate Judge